UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

EMPLOYMENT DISCRIMINATION COMPLAINT FOR
PRO SE LITIGANTS IN ACTIONS FILED UNDER
42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)
29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or
42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)

Ronald David Jones,

(Write the full Name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

v.

Gadsden County School

Case No.: 4:21 cv320 MW-MAF
(To be filled in by the Clerk's Office)

_____,
(Write the fill name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Jury Trial Requested?**
☑ YES   ☐ NO



FILED USDC FLND TL
JUL 29 '21 PM 1:39

NDFL Pro Se 7 (Rev. 12/16) Complaint Employment Discrimination
ClerkAdmin/Official/Forms

1

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

1. Plaintiff's Name: Ronald David Jones

   Address: 1821 McKelvy Street

   City, State, and Zip Code: Quincy, FL 32351

   Telephone: 850-590-1937 (Home) 850-364-0209 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page, as needed.)*

B. Defendant(s)

1. Defendant's Name: Gadsden County School Board

   Name of Employer *(if relevant)*: Gadsden County High School

   Address: 35 MLK Blvd

   City, State, and Zip Code: Quincy, FL 32351

2. Defendant's Name: _____

   Name of Employer *(if relevant)*: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Attach a page to provide this information for any additional Defendants.)*

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

*(Check all that apply)*

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e - § 2000e-17 *(race, color, gender, religion, national origin)* **(Note: To bring a federal lawsuit under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)**

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. § 621 to § 634. **(Note: To bring a federal lawsuit under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)**

☐ Americans with Disabilities Act of 1990 [A.D.A.], as codified, 42 U.S.C. § 12112 to § 12117. **(Note: To bring a federal lawsuit under the A.D.A.,**

*you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other Federal Law *(be specific)*: _____

☑ Relevant State Law *(specify, if known)*: Chapter 760 of the Florida Civil Rights Act

☐ Relevant City or County Law *(specify, if known)*: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do. Identify how each named Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

I believe I have been discriminated against based on Age (over 40) and

**Statement of Claim, Continued** *(Page ___ of ___)*

Religion (African Hebrew-Israelite. I also believe I am being retaliated against for filing an Employment Discrimination Complaint with the Florida Commission on Human Relations and Whistle Blower Complaint in federal Court. I have been working within the Gadsden County School system on and off since January 1980 as a substitute teacher. I substitute taught in the Social Studies position from August 2019 - January 2020, in which I applied for the position but was not hired. Instead, the job was filled by someone outside my protected class and a recent college graduate. I have teaching experience and he does not.

A. The discriminatory conduct at issue includes (*check all that apply*):

☑ Failure to hire

☐ Termination of employment

☐ Failure to promote

☐ Failure to accommodate disability

☐ Unequal terms and conditions of employment

☑ Retaliation

☐ Other acts *(specify)*: _____

*(ATTENTION: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.)*

B. The alleged discriminatory acts occurred on: __01-07-2020__

☑ Plaintiff sought employment with Defendant on __01-07-20__ or

☑ Was employed by Defendant from __01-1980__ until __03-15-20__

C. The location where Plaintiff was employed or sought employment was:

Address: __27001 Blue Star Memorial Hwy__

City, State, and Zip Code: __Havana, FL 32333__

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission or the Florida Commission on Human Rights on: __03-05-2020__

B. Respondent(s) named on the charging document were: __The School Board of Gadsden County__

   *(If possible, attach a copy of the charges filed.)*

C. The Equal Employment Opportunity Commission: *(check one)*

   ☐ Has not issued a Notice of Right to Sue letter.

   ☑ Issued a Notice of Right to Sue letter which I received on __09-15-2020__

   ***(Note: You must attach a copy of the Notice of Right to Sue letter received from the Equal Employment Opportunity Commission to this complaint.)***

D. As claimed in the Equal Employment Opportunity Commission charging document, Defendant discriminated against Plaintiff because of Plaintiff's:

   ☐ Gender/Sex *(please identify)* _____

   ☑ Race *(please identify)* _____

   ☐ Color *(please identify)* _____

   ☐ Religion *(please identify)* _____

   ☐ National origin *(please identify)* _____

- ☐ Disability/Perceived Disability *(please identify)* _____

- ☑ Age *(please provide your year of birth only if you asserting a claim for age discrimination)* __1958__

- ☑ Other *(please identify)* __Retaliation__

E. Plaintiff:

- ☑ Filed charges concerning this discrimination with the Florida Commission on Human Relations on ; or

- ☐ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

- ☑ 60 days ore more have elapsed.

- ☐ Less than 60 days have elapsed.

G. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation?  ☐ Yes    ☐ No

Explain: __N/A__

H. The facts as set forth above in Section III of this complaint:

☑ Are still being committed by Defendant against Plaintiff

☐ Are no longer being committed by Defendant against Plaintiff

I. Plaintiff:

☐ Still works for Defendant

☑ No longer works for Defendant

☑ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

Back pay from date of termination 06/2008 - Present.

$1 million for punitive/exemplary damages for pain and suffering. Also mental stress of losing income and ability to provide for family.

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☑ Defendant be directed to employ Plaintiff

☑ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☐ Defendant be directed to _____

_____

☑ Plaintiff seeks costs and fees involved in litigating this case and such other relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 07-26-21  Plaintiff's Signature: *Ronald David Jones*

Printed Name of Plaintiff: Ronald David Jones

Address: 1821 McKelvy Street
Quincy, FL 32351

E-Mail Address: r_d_jones@live.com

Telephone Number: (850) 590-1937




## State of Florida
## Florida Commission on Human Relations
An Equal Opportunity Employer • Affirmative Action Employer

4075 Esplanade Way • Room 110 • Tallahassee, Florida 32399-7020
(850) 488-7082 / FAX: (850) 487-1007
http://fchr.state.fl.us
*United in One Goal: Equal Opportunity and Mutual Respect*

**Ron DeSantis**
*Governor*

**Michelle Wilson**
*Executive Director*

FCHR No.: 202023534
EEOC No.: 15D202000714

CERTIFIED MAIL RECEIPT  91 7199 9991 7033 2215 0902

Ronald D. Jones
1821 Mckelvy St
Quincy, FL, 32351

**COMPLAINANT**

The School Board of Gadsden County
c/o William Armistead
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

**RESPONDENT**

### NOTICE OF RIGHTS

The Florida Commission on Human Relations (Commission) was unable to conciliate or make a reasonable cause determination within 180 days of the filing of the complaint in this matter. Therefore, pursuant to sections 760.11(4) and (8), *Florida Statutes*, the complainant may now either:

(1) Bring a civil action against the person named in the complaint in any court of competent jurisdiction **WITHIN ONE YEAR** of the date of this notice; or

(2) Request an administrative hearing with the Division of Administrative Hearings under sections 120.569 and 120.57, *Florida Statutes*, by filing a Petition for Relief **WITHIN 35 DAYS** of the date of this notice. A blank Petition for Relief form is enclosed.

The complainant is encouraged to consult with private legal counsel in order to determine the best course of action. The Commission will take no further action, and this matter will be closed if a Petition for Relief is not received within 35 days.

**COMMISSIONERS**

| **Monica Cepero** | **Donna Elam** | **Libby Farmer** | **Mario Garza** |
| *Fort Lauderdale* | *Port Richey* | *Tallahassee* | *Lakewood Ranch* |
| **Dawn Hanson** | **Larry Hart** | **AL McCambry** | **Derrick McGhee** |
| *Tallahassee* | *Fort Myers* | *Lynn Haven* | *Tallahassee* |
| **Jay Pichard** | **Angela Primiano** | **Gilbert Singer** | |
| *Tallahassee* | *Hollywood* | *Tampa* | |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF RIGHTS was filed at Tallahassee, Florida and sent to the above-named addressees this __15__ day of __September__, 20__20__, by U.S. Mail.

BY: _____
Clerk of the Commission

Ronald David Jones
1821 McKelvy Street
Quincy, FL 32351

JUL 29 2021

  

U.S. POSTAGE PAID
FCM LETTER
QUINCY, FL
32351
JUL 26, 21
AMOUNT
$0.95
R2305E126162-10

United States District Court
Northern District of Florida
Office of the Clerk
111 North Adams Street, Suite 322
Tallahassee, FL 32301-7717